FILED'08 APR 03 15:12 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THOMAS MURPHY,                                          CV. 07-1557-HU

        Petitioner,                                  ORDER

  v.

J.E. THOMAS,

        Respondent.

REDDEN, Judge

    Petitioner's motion to voluntarily dismiss (#13) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this 3d day of April, 2008.

                                                _____
                                                James A. Redden
                                                United States District Judge

1 -- ORDER